IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| PATRICK SOLOMON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 5:16-CV-75-FL |
| RALEIGH POLICE DEPARTMENT, | ) | |
| Defendant. | ) | |

- - - - - - -

| PATRICK SOLOMON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 5:16-CV-76-FL |
| RALEIGH POLICE DEPARTMENT, | ) | |
| Defendant. | ) | |

ORDER

These matters are before the court on the memorandum and recommendation ("M&R") of Magistrate Judge James E. Gates pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), wherein it is recommended that the court dismiss plaintiff's complaints on frivolity review under 28 U.S.C. § 1915(e)(2)(B). Plaintiff did not object to the M&R. The magistrate judge determined that plaintiff's action challenging an illegal detainment and search failed to allege facts stating a claim against defendant, and the magistrate judge recommended dismissal of the action as frivolous. Upon careful review of the M&R and the record generally, finding no error in this determination, the court ADOPTS the findings and recommendations of the magistrate judge. These actions are

DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B). The clerk is directed to close these cases.

SO ORDERED, this the 14th day of March, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge

2